# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Bryan Lee Ragon<br><br>_____<br>Defendant | )<br>)<br>) Case No. 3:20-cr-42<br>)<br>)<br>)<br>) |

FILED
CHARLOTTE, NC

## ARREST WARRANT

FEB 20 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Bryan Lee Ragon,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 1591(a)(1), (b)(2), & (c): Sex Trafficking of a Minor
18 U.S.C. Section 2251(a): Production of Visual Depictions of Minors Engaging in Sexually Explicit Conduct
18 U.S.C. Section 2252A(a)(2)(B): Transportation of a Minor
18 U.S.C. Section 2423(a): Receipt of Child Pornography

Date: 2/18/20

*Issuing officer's signature*

City and state: CHARLOTTE, NORTH CAROLINA

FRANK G. JOHNS, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/19/2020, and the person was arrested on *(date)* 2-20-2020
at *(city and state)* Charlotte, NC.

Date: 2-20-2020

*Arresting officer's signature*

J.C. Burns - Special Agent HSI
*Printed name and title*