IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00042-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN LEE RAGON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Documents. (Doc. No. 62).

The defendant states that he has requested former counsel, Justin Christopher Olsinski, to provide a copy of the sentencing memorandum and psycho-sexual evaluation filed on his behalf. "Upon termination of representation, a lawyer shall take steps to the extent reasonably practicable to protect a client's interests, such as . . . surrendering papers and property to which the client is entitled." N.C. R. Prof. Cond. 1.16(d); see also United States v. Basham, 789 F.3d 358, 388 (4th Cir. 2015) (reviewing legal authority requiring counsel to deliver client's file upon termination of representation).

**IT IS, THEREFORE, ORDERED** that former counsel, Justin Christopher Olsinski, shall file a response within fourteen (14) days of the entry of this Order regarding the requested documents.

The Clerk is directed to certify copies of this order to Mr. Olsinski, the defendant, and the United States Attorney.

Signed: September 1, 2023

Robert J. Conrad, Jr.
United States District Judge