IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00042-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN LEE RAGON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion for Documents. (Doc. No. 62).

The defendant states that he has requested former counsel, Justin Christopher Olsinski, to provide a copy of the sentencing memorandum and psycho-sexual evaluation filed on his behalf. Former counsel responds by stating:

> (1) Defense counsel has received zero requests for said documentation before this request and if he had received such requests would have turned over the documents. (2) Defense counsel has attached Exhibit 1 as evidence that the requested documents have been sent to the Defendant.

(Doc. No. 64: Response at 1).

**IT IS, THEREFORE, ORDERED** that the Motion to Compel Discovery, (Doc. No. 62), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this order to Mr. Olsinski, the defendant, and the United States Attorney.

Signed: September 15, 2023

Robert J. Conrad, Jr.
United States District Judge